97 A.3d 1200

**Jamal BYRD, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Aug. 18, 2014.

Jamal Byrd, pro se.

Vincent R. Mazeski, PA Department of Corrections, Office of Chief Counsel, for Pennsylvania Department of Corrections.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of August, 2014, the Order of the Commonwealth Court is hereby **AFFIRMED,** without prejudice to any right Appellant may have, pursuant to *Fajohn v. Com., Dep't of Corrections,* 547 Pa. 649, 692 A.2d 1067 (1997), to seek modification of his sentence *nunc pro tunc* in the Philadelphia County Court of Common Pleas.